JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JAMES STANLEY JONES, | ) CV 13-06751-JFW (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| M. BITER, Warden, et al., | ) |
| Respondent. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: July 28, 2014

*[signature]*

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE